UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Camatic Proprietary Limited et al<br>*Plaintiff* | § § § § § | |
| v. | § § | Case No. 3:16-cv-00795-M |
| Irwin Seating Company<br>*Defendant* | § § § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

McCracken & Gillen LLC                                                         , with offices at

1315 West 22nd Street, Suite 225
(Street Address)

Oak Brook                                Illinois                60523
(City)                                   (State)                 (Zip Code)

630-286-7600                             630-286-7611
(Telephone No.)                          (Fax No.)

II.  Applicant will sign all filings with the name  Daniel C. Roth                             .

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Camatic Proprietary Limited and Camatic Seating Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Illinois_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:

Bar license number: 6318076          Admission date: 12/23/2014

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

_____          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

X.      Local counsel of record associated with Applicant in this matter is

 Friedman Suder & Cooke                                                     , who has offices at

 604 East 4th Street, Suite 200
(Street Address)

 Fort Worth                                      Texas                 76102
(City)                                           (State)               (Zip Code)

 817-334-0400                                    817-334-0401
(Telephone No.)                                  (Facsimile No.)

XI.     Check the appropriate box below.

   For Application in a **Civil Case**

   [✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   [ ]  Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  7th   day of July                                , 2016     .

                                           Daniel C. Roth
                                           Printed Name of Applicant

                                           _____
                                           Signature

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel Clayton Roth

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 23, 2014 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 1, 2016.

*Carolyn Taft Grosboll*
Clerk,
Supreme Court of the State of Illinois